JOHN HAACKE, Appellant, *v.* JACOB MARX, Respondent.

*Landlord and tenant — action to recover for alleged illegal eviction — no recovery where eviction was pursuant to warrant of dispossession pursuant to final order after trial though it appears landlord had sold premises during pendency of proceedings.*

*Haacke* v. *Marx,* 210 App. Div. 248, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL from a judgment, entered July 22, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff, entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was to recover damages for an alleged illegal eviction. The landlord's petition was properly filed, a precept properly issued, an answer filed, a trial of the issues had, a final order made, and the warrant of dispossess properly executed. It now appears that the landlord sold the premises prior to the issuance of the precept but after the filing of his petition. The question was whether the final order in the dispossess proceedings could be ignored and the landlord sued for damages upon the theory that the court was without jurisdiction.

*John A. Leddy* for appellant.

*Harry E. Herman* and *Henry Lehrich* for respondent.

· Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

IMPERATOR REALTY Co., INC., Appellant, *v.* BANIT SCHMUKLER, Respondent.

*Landlord and tenant — provision in lease that tenant shall make repairs — when tenant not liable for expense of underpinning building made necessary by excavation on adjoining land.*

*Imperator Realty Co.* v. *Schmukler,* 208 App. Div. 843, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial